**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| Nikolay G. Tanchev & ) | |
| Rada I. Tanchev, ) | Case No.: 15-42606 |
| Debtor(s). ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

The undersigned, a duly qualified attorney admitted to practice before the Court, hereby enters an appearance in the above captioned matter on behalf of Citibank, N.A. as Trustee for Bear Stearns ALT-A Trust 2007-2, and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to them at the following address:

> Citibank, N.A. as Trustee for Bear Stearns ALT-A Trust 2007-2
> c/o Heavner, Beyers & Mihlar, LLC
> Post Office Box 740
> Decatur, Illinois   62525-0740

Dated this 7th day of January, 2016

By   */s/ Heather M. Giannino*
     Heather M. Giannino

HEATHER M. GIANNINO (#6299848)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
Post Office Box 740
Decatur, Illinois   62525-0740
(217) 422-1719