**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: NIKOLAY G TANCHEV )  Case No. 15 B 42606
    RADA I TANCHEV )
                    Debtors ) Chapter 13
                           )
                           ) Judge: JACK B SCHMETTERER

### NOTICE OF MOTION

NIKOLAY G TANCHEV                            SULAIMAN LAW GROUP LTD
RADA I TANCHEV                                via Clerk's ECF noticing procedures
2206 S SCOTT ST
DES PLAINES, IL 60018

Please take notice that on April 20, 2016 at 11:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL or by the methods indicated on February 24, 2016.

                                                               /s/ Tom Vaughn

### TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On December 17, 2015 the Debtors filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtors has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend schedules I & J, file lienstrip pleading & amend

section E3.2 of plan to reflect lienstrip

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

                                                            Respectfully submitted,

TOM VAUGHN                                     /s/ Tom Vaughn
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900