**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RE: NIKOLAY G TANCHEV<br>RADA I TANCHEV<br>    debtors | ) Case No. 15 B 42606<br>)<br>) Chapter 13<br>)<br>) Judge: JACK B SCHMETTERER |

## NOTICE OF MOTION

NIKOLAY G TANCHEV                                        SULAIMAN LAW GROUP LTD
RADA I TANCHEV                                              via Clerk's ECF noticing procedures
2206 S SCOTT ST
DES PLAINES, IL 60018

Please take notice that on April 20, 2016 at 11:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on February 24, 2016.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO FILE
## REQUIRED DOCUMENTS UNDER SECTION 521 (a) (1)

Now comes Tom Vaughn, Trustee in the above entitled case and moves this Honorable Court to dismiss this case for cause pursuant to 11 U.S.C. § 1307 (c) and in support thereof states as follows:

1. That the Debtors filed the current petition for relief on December 17, 2015.

2. That the above-captioned plan has not yet been confirmed.

3. Debtor has failed to file the following documents within 14 days of filing the petition;

    Debtor has failed to provide pay advices

4. 11 U.S.C. §521 (a) (1) requires the debtor to file specified documents.

5. Rule 1007 (c) Rules of Bankruptcy Procedure require that certain documents be filed with the petition, or within 14 days thereafter.

WHEREFORE, the Trustee requests that this court dismiss this case for cause under 11 U.S.C. § 1307 (c) and for any and all other relief this court deems just and proper.

Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE                                                    /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900